### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BERYL WAYNE RAGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-12-1298-F |
| ) | |
| ANN TANDY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation on March 15, 2013, wherein he recommended that plaintiff's action be dismissed without prejudice for failure to pay the initial partial filing fee of $45.29 as required by the court. Magistrate Judge Erwin advised plaintiff that any objections to the Report and Recommendation must be filed on or before April 2, 2013 and that failure to make timely objection waives the right to appellate review of both the factual findings and legal issues decided in the Report and Recommendation.

To date, plaintiff has not filed any objection to the Report and Recommendation and has not sought an extension of time to file any objection. With no objection being filed, the court accepts, adopts and affirms the Report and Recommendation in it entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin on March 15, 2013 (doc. no. 8) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.   The above-entitled action is **DISMISSED**

**WITHOUT PREJUDICE** for failure to pay the initial partial filing fee of $45.29 as ordered by the court.

DATED April 17, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-1298p001.wpd